**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00591-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

       Plaintiff,

and

BARBARA ARCHER

       Intervening Plaintiff,

v.

COLORADO BOULEVARD MOTORS, INC., d/b/a MIKE SHAW CHEVROLET, INC.,

       Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      The Unopposed Motion to Intervene (Doc 9 - filed July 14, 2006) is **GRANTED**.  The tendered Complaint of Intervening Plaintiff Barbara Archer is accepted for filing.

Dated:  July 17, 2006
_____