In the United States District Court
for the District of Colorado

Civil Action No. 06-cv-00591-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
PLAINTIFF

and

BARBARA ARCHER
INTERVENING PLAINTIFF,

v.

COLORADO BOULEVARD MOTORS, INC., D/B/A MIKE SHAW CHEVROLET, INC.
DEFENDANT.

## STIPULATION AND PROPOSED PROTECTIVE ORDER

THIS MATTER having come before the Court on the stipulation of Plaintiff EEOC, Intervening Plaintiff Barbara Archer and Defendant Colorado Boulevard Motors, Inc., d/b/a Mike Shaw Chevrolet, concerning the production and dissemination of personnel files for former and/or current employees of Defendant who are not parties to this action, as well as the production and dissemination of personnel, financial, and medical files of class members in this action, and the Court being fully advised and upon a showing of good cause, enters the following Protective Order under Fed. R. Civ. P. 26(c):

1.   A Party may designate as CONFIDENTIAL any document produced (including information disclosed pursuant to FED. R. CIV. P. 26) or discovery response (*e.g.*

1

document, interrogatory response, response to request for production, response to request for admission or deposition testimony) containing confidential information, if the Party in good faith contends that the document produced, response, or testimony contains information, the disclosure of which would constitute an unwarranted invasion of personal privacy. The Confidential Documents shall not be disclosed to any individual except those authorized herein for the specific purposes described below.

2. All documents which are marked "Confidential" by a party prior to production, or designated as "Confidential" by third parties, prior to the party's request for production, may be viewed only by the following persons ("Authorized Persons"):

   a. The parties' counsel of record or persons in the employ or who are contracted by the parties' counsel of record;

   b. Persons retained by the parties' counsel of record as consultants or experts for the purposes of this litigation;

   c. The parties, including Plaintiff Class Members;

   d. Any fact witness who may be interviewed or consulted by either party, who agrees not to share confidential information with anyone other than their attorney;

   e. Other persons for whom the EEOC must produce such confidential information in order to comply with the Freedom of Information Act and corresponding regulations.

3. In the event the parties' counsel of record determines that persons other than those provided for in paragraph 2 above have a need to review the Confidential Documents, written

2

authorization must be obtained from the designating party in advance of such disclosures. Should the designating party refuse such authorization, it shall have fourteen (14) calendar days to file a motion with the Court seeking protection of the information.

4. The Confidential Documents provided by the parties may not be used by any Authorized Person for any purpose whatsoever other than in the preparation for and the trial of this litigation. No Authorized Person shall copy, reproduce, exhibit, show or communicate to any one other than an Authorized Person the contents of such Confidential Documents for any purpose.

5. In the event a party contends that the other party has improperly classified or designated information as confidential, the parties will attempt to resolve the issue between themselves. If the parties cannot resolve the dispute, the designating party must file a motion [Consistent with D.C. Colo. LCivR. 7.2 and 7.3.] within fourteen (14) calendar days requesting that the Court determine if the classification of the information as confidential is warranted.

6. At the conclusion of this case, the trial of this case, or any subsequent appeal, the Confidential Documents provided by the parties shall be returned to the producing party's counsel of record, including all copies provided to any Authorized Person. However, the parties' counsel may retain one copy in their file, which will continue to be subject to this Protective Order. The EEOC shall be permitted to retain any confidential documents to the extent required to do so to comply with the Freedom of Information Act and other statutes.

7. Nothing contained in this Stipulation and Protective Order shall be construed to be a waiver by the parties of their right to refuse to disclose any document on proper grounds,

3

including without limitation, that it does not contain information reasonably calculated to lead to the discovery of admissible evidence or is protected by the work product doctrine, attorney/client privilege or any other privilege against disclosure.

STIPULATED AND AGREED TO this 25th day of October 2006.

| DILL DILL CARR STONBRAKER & HUTCHINGS, PC | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
|---|---|
| s/ Patrick D. Tooley<br>Patrick D. Tooley<br>455 Sherman Street, Suite 300<br>Denver, CO 80203-4404<br>(303) 777-3737 | s/ Kim Rogers<br>Kim Rogers<br>303 E. 17th Avenue, Suite 510<br>Denver, CO 80203<br>(303) 866-1631 |
| **CAIRNS NEMECHEK & MAGRUDER, LLC** | **ELWYN F. SCHAEFER & ASSOCIATES, PC** |
| s/ Michelle R. Magruder<br>Michelle R. Magruder<br>8055 E Tufts Avenue, Suite 101<br>Denver CO 80237<br>(303) 414-2200 | s/ Elwyn F. Schaefer<br>Elwyn F. Schaefer<br>Andrea J. Kershner<br>600 17th Street, Suite 2005-S<br>Denver CO 80202<br>(303) 825-1961 |

ORDER

IT IS SO ORDERED.

Dated this 27TH day of October, 2006.

Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

4

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2006, a true and correct copy of the **STIPULATION AND PROPOSED PROTECTIVE ORDER** was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Patrick D. Tooley
Dill Dill Carr Stonebraker & Hutchings, P.C.
455 Sherman St., Ste. 300
Denver, CO 80203
pdtooley@dillanddill.com

Michelle R. Magruder
Cairns Nemechek & Magruder, LLC
8055 E. Tufts Ave., Suite 101
Denver, CO 80237
mmagruder@cnmlegal.com

Elwyn F. Schaefer
Andrea J. Kershner
600 17th St., Suite 2005-S
Denver, CO 80202
efschaefer@qwest.net


s/ Kim R. Rogers
Kim R. Rogers, Attorney for the Plaintiff
Equal Employment Opportunity Commission
303 E. 17th Ave., Suite 510
Denver, CO 80203
Telephone: 303-866-1361
FAX: 303-866-1375
E-mail: Kim.Rogers@eeoc.gov

5