IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00591-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
PLAINTIFF

and

BARBARA ARCHER
INTERVENING PLAINTIFF,

v.

COLORADO BOULEVARD MOTORS, INC., D/B/A MIKE SHAW CHEVROLET, INC.
DEFENDANT.

---

**ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**
( Docket No. 27 )

Upon Defendant Colorado Boulevard Motors, Inc.'s Unopposed Motion to Modify the Scheduling Order, the Court hereby orders the August 14, 2006 Scheduling Order shall be amended as follows:

Discovery Cutoff: May 7, 2007;

Dispositive Motion Deadline: June 8, 2007;

Expert Witness Disclosures: March 5, 2007;

Rebuttal Expert Witness Disclosures: April 6, 2007;

Interrogatories shall be served no later than: April 4, 2007;

1

Request for Production of Documents and Requests for Admissions shall be served no later than: April 4, 2007.

Order entered this \_\_1st\_\_ day of December, 2006.

BY THE COURT:

*[signature]*
~~Judge Watanabe~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO