IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00591-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

COLORADO BOULEVARD MOTORS, INC.,

Defendant.

## MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

   It is hereby ORDERED that Plaintiff EEOC's Motion for Expedited Consideration of Plaintiff EEOC's Request for Reconsideration of Magistrate Watanae's [sic] Order of April 9, 2007, Granting Defendant's Motion for Reconsideration of Magistrate Judge Watanabe's Minute Order Dated March 7, 2007 (Docket No. 65) is DENIED.  The motion will be heard in due course.  No oral argument will be set at this time.  Defendant's response to the motion for reconsideration shall be filed on or before May 14, 2007.

Date:  April 23, 2007