IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00591-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

BARBARA ARCHER,

Intervening Plaintiff,

v.

COLORADO BOULEVARD MOTORS, INC., d/b/a MIKE SHAW CHEVROLET, INC.,

Defendant.

---

## MINUTE ORDER

---

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

    It is hereby ORDERED that Defendant's Motion to Compel Class Members to Respond to Written Discovery (docket no. 69) is DENIED.  Plaintiff EEOC has provided to Defendant discovery responses for Jenny Ewart, Mallory Archer and Kathryn Angello who are the only three (3) remaining members of the class.  See Plaintiff EEOC's Response docket no. 77 on pages 1-2.

    It is FURTHER ORDERED that a motions hearing is set before Magistrate Judge Watanabe on June 4, 2007, at 8:30 a.m.  At this motions hearing, the court will hear oral argument on Defendant's Motion to Dismiss Class Member Mallory Archer from the Case or in the Alternative, Motion to Compel Class Member Mallory Archer to Cooperate with Scheduling Her Deposition and to Appear for her Deposition (docket no. 72).  Plaintiff and Defendant shall meet forthwith to see if the deposition of Ms. Archer can be set within the discovery cut off date.  If not, then Plaintiff shall be prepared to inform this court of dates in which Ms. Archer can have her deposition taken at the motions hearing.

Date:  May 22, 2007