UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00591-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
PLAINTIFF,

and

BARBARA ARCHER
INTERVENING PLAINTIFF

v.

COLORADO BOULEVARD MOTORS, INC., D/B/A MIKE SHAW CHEVROLET, INC.
DEFENDANT.

---

**ORDER GRANTING COLORADO BOULEVARD MOTORS, INC., D/B/A MIKE SHAW CHEVROLET, INC.'s MOTION TO COMPEL EEOC TO RESPOND TO DEFENDANT'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**
( Docket No. 49 )

The Court, having reviewed: Defendant's Motion to Compel EEOC to Respond to Defendant's Second Set of Requests for Production of Documents, filed on On March 15, 2007; EEOC's Response to Defendant's Motion to Compel EEOC to Respond to Defendant's Second Set of Requests for Production of Documents was filed on April 9, 2007; and, Defendant's Reply in Support of its Motion to Compel EEOC to Respond to Defendant's Second Set of Requests for Production of Documents filed on April 23, 2007, and finding good cause has been shown, hereby orders:

1

EEOC is ordered within 14 days from the date of this Order to produce a complete copy of all letters or any other written communication it sent to current or former employees of Colorado Boulevard Motors, Inc., from January 1, 2005 to the present. If EEOC cannot retrieve copies of each of those letters, it must: provide a written explanation as to why it did not save each of those letters and cannot retrieve them; and produce a complete list of the names and addresses of each current or former employee to whom EEOC sent a Notice of Class Litigation or any other written communication. Defendant is awarded its attorney fees and costs for having to file its Motion to Compel EEOC to Respond to Defendant's Second Set of Requests for Production of Documents; for preparation of its Reply; and for preparation and attendance at any Hearing on these Motions. Defendant shall file an *Itemized* Affidavit of Attorney Fees and Costs to the Court no later than June 1, 2007.

Order entered this 22nd day of May, 2007.

Plaintiff EEOC shall file its Response to Defendant's Itemized Affidavit For Attorney Fees And Costs by June 12, 2007.

BY THE COURT:

Michael J. Watanabe
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

2