**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00591-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
PLAINTIFF,

and

BARBARA ARCHER
INTERVENING PLAINTIFF

v.

COLORADO BOULEVARD MOTORS, INC., D/B/A MIKE SHAW CHEVROLET, INC.
DEFENDANT.

---

**ORDER GRANTING COLORADO BOULEVARD MOTORS, INC., D/B/A MIKE SHAW CHEVROLET, INC.'s AFFIDAVIT OF ATTORNEY FEES AND COSTS**
(Docket No. 64)

---

The Court, having reviewed Defendant Colorado Boulevard Motors, Inc., d/b/a Mike Shaw Chevrolet, Inc.'s Affidavit of Attorney Fees and Costs and finding good cause has been shown, hereby orders:

The Court finds the attorney fees of $1,402.50 and the related costs of $158.79 are reasonable, necessary and related to Defendant's Motion for Reconsideration (Docket No. 44).

It is therefore ordered EEOC shall pay Colorado Boulevard Motors, Inc.'s attorney fees and costs associated with the Motion for Reconsideration for the sum total of $1,561.29. EEOC

shall remit payment to the law firm of Cairns Nemechek & Magruder, LLC within ten days from the date of this Order.

Order entered this 22nd day of ~~April~~ MAY, 2007.

**BY THE COURT:**

Michael J. Watanabe
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO