# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  06-cv-00591-LTB-MJW | FTR |
| **Date:**  June 4, 2007 | Valeri P. Barnes, Deputy Clerk |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Nancy A. Weeks<br>Ann Fuller |
| Plaintiff, | |
| and | |
| BARBARA ARCHER, | |
| Plaintiff Intervenor, | Christopher Carr |
| v. | |
| COLORADO BOULEVARD MOTORS, INC., | Elwyn F. Schaefer<br>Michelle R. Magruder |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**8:28 a.m.**     **Court in session.**

Court calls case.  Appearances of counsel.

Argument.

**ORDERED:**     Defendant's Motion to Dismiss Party Class Member Mallory Archer (DN 72) is **taken under advisement.**

**9:12 a.m.**     **Court in recess.**
Total in-court time 0:44, hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.