**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-00591-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

BARBARA ARCHER,

    Intervening Plaintiff,

v.

COLORADO BOULEVARD MOTORS, INC., d/b/a MIKE SHAW CHEVROLET, INC.,

    Defendant.
_____

**ORDER**
_____

    This case is before me on the Recommendation of the Magistrate Judge issued and served on June 4, 2007 recommending that Defendant's Motion to Dismiss Class Member Mallory Archer From the Case or In the Alternative, Motion to Compel Class Member Mallory Archer to Cooperate With Scheduling Her Deposition and Appear for Her Deposition (Doc 72) be denied in part, specifically that the portion of the motion requesting dismissal of Mallory Archer from the case be denied.  The Magistrate Judge further addressed specifically further discovery disputes between the parties.

    As to the recommendation, the parties have failed to file timely written objections to the recommendation and are therefore barred from *de novo* review.  I note that no timely review of the discovery orders was sought by either party.  Accordingly

IT IS ORDERED that Defendant's Motion to Dismiss Class Member Mallory Archer (Doc 72) is DENIED.

BY THE COURT:

<u>   s/Lewis T. Babcock            </u>
Lewis T. Babcock, Judge

DATED:   June 19, 2007