IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00591-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

BARBARA ARCHER,

Intervening Plaintiff,

v.

COLORADO BOULEVARD MOTORS, INC., d/b/a MIKE SHAW CHEVROLET, INC.,

Defendant.

---

## MINUTE ORDER

---

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

It is hereby ORDERED that Plaintiff EEOC's Motion to Stay, or in the Alternative, Response to Defendant Colorado Boulevard Motors, Inc. d/b/a Mike Shaw Chevrolet, Inc., Affidavit of Attorney Fees and Costs Concerning Its Motion to Compel EEOC to Respond to Defendant's Second Set of Requests for Production of Documents (docket no. 92) [sic] (docket no. 98) and Plaintiff EEOC's Motion to Stay Magistrate Watanabe's Order of May 22, 2007, Granting Defendant's Affidavit of Attorney Fees (docket no.88) [sic] (docket no. 90) are both DENIED.  See Judge Babcock's orders (docket nos. 99 and 100).

Date:  June 28, 2007