**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 06-cv-00591-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
     Plaintiff,

and

BARBARA ARCHER,
     Intervening Plaintiff,

v.

COLORADO BOULEVARD MOTORS, INC., d/b/a MIKE SHAW CHEVROLET, INC.,
     Defendant.

_____

**ORDER**
_____

Upon the Stipulated Motion to Dismiss With Prejudice (Doc 121 - filed July 17, 2007), it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE** between Intervening Plaintiff Barbara Archer and Defendant herein, each party will pay its own costs and attorney fees.

This Order shall have no bearing on the claims between Plaintiff EEOC and Defendant Colorado Boulevard Motors, Inc., d/b/a Mike Shaw Chevrolet, Inc.

                                             BY THE COURT:

                                             s/Lewis T. Babcock
                                             Lewis T. Babcock, Judge

DATED:   July 18, 2007