IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00591-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

BARBARA ARCHER,

Intervening Plaintiff,

v.

COLORADO BOULEVARD MOTORS, INC., d/b/a MIKE SHAW CHEVROLET, INC.,

Defendant.

---

## MINUTE ORDER

---

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

It is hereby ORDERED that Plaintiff EEOC's Motion for Leave of Court to Conduct the Deposition of Ray Turner After the Close of Discovery (docket no. 123) is GRANTED finding good cause shown.  On Friday, July 13, 2007, Plaintiff EEOC did provide timely notice of the telephonic deposition of Ray Turner for Thursday, July 26, 2007.  Such notice was provided to Defendant consistent with the eleven day notice requirement per D.C.COLO.LCivR 30.1 (A).  On July 24, 2007, the process server informed the Plaintiff EEOC that he was unable to serve Mr. Turner with a subpoena for his deposition because he was on vacation.  Mr. Turner was to be on vacation until July 30, 2007.  Here, the court finds that even though Plaintiff EEOC could have requested the preservation deposition of Mr. Turner earlier than July 13, 2007, per Fed. R. Civ. P. 32(a)(3)(B), nevertheless, in the interest of justice this court should allow the preservation deposition of Mr. Turner, who resides in Corpus Christi, Texas, finding no prejudice to Defendant.  The parties have time to take the preservation deposition of Mr. Turner well before trial.  The trial in this case is set before Judge Babcock on October 29, 2007.

It is FURTHER ORDERED that the parties shall forthwith meet, confer, and set the preservation deposition of Ray Turner on or before September 14, 2007.  The deadline to complete discovery is extended to September 14, 2007, for the limited

2

purpose of completing the preservation deposition of Ray Turner.  The Rule 16 Scheduling Order is amended consistent with this minute order.

Date:  August 23, 2007