## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 06-cv-00591-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

 Plaintiff,

v.

COLORADO BOULEVARD MOTORS, INC., d/b/a MIKE SHAW CHEVROLET, INC.,

 Defendant.

_____

## ORDER

_____


Upon the Stipulated Status Report and Request for an Extension of Pending Deadlines (Doc 147), it is

ORDERED that the following deadlines are extended:

1.      Defendant's Response to Plaintiff EEOC's Rule 72(a) Objection to Magistrate Judge Watanabe's July 27, 2007, ruling which is currently due August 28, 2007, is extended to **September 7, 2007**;

2.      The final Pretrial order which is currently due on August 30, 2007, is extended to **September 10, 2007**;

3.      The dispositive motion deadline which is currently August 31, 2007, is extended to **September 11, 2007**.

                                        BY THE COURT:


                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED: August 29, 2007