**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 06-cv-00591-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

COLORADO BOULEVARD MOTORS, INC., d/b/a MIKE SHAW CHEVROLET, INC.,

    Defendant.
_____

ORDER
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 152 - filed September 5, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs. The Court shall retain jurisdiction over this matter solely for the purposes outlined in the Consent Decree entered into by the parties.

                                                 BY THE COURT:

                                                 s/Lewis T. Babcock
                                                 Lewis T. Babcock, Judge

DATED: September 18, 2007